## UNITED STATES  DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

WANDA ROGERS                                            CIVIL ACTION

VERSUS                                                  NUMBER: 12-2493

BROMAC TITLE SERVICES, LLC                              SECTION: "C" 2
d/b/a PLATINUM TITLE & SETTLEMENT
SERVICES, LLC AND TITLE RESOURCE
GROUP, LLC

### J U D G M E N T

Considering the Court's order and reasons granting defendants' motion for summary

judgment, record document no. 53; accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of

defendants Bromac Title Services, LLC d/b/a Platinum Title & Settlement Services, LLC and Title

Resource Group, LLC and against plaintiff Wanda Rogers, dismissing plaintiff's complaint with

prejudice.

New Orleans, Louisiana, this 23rd day of September 2013.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE