IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WANDA ROGERS | * | CIVIL ACTION |
| | * | |
| PLAINTIFF | * | NO. 12-2493 |
| | * | |
| V. | * | SECTION: C (2) |
| | * | |
| BROMAC TITLE SERVICES, LLC | * | |
| d/b/a PLATINUM TITLE & | * | Notice of Appeal |
| SETTLEMENT SERVICES, | * | |
| LLC, and TITLE RESOURCE | * | |
| GROUP, LLC | * | |
| | * | |
| DEFENDANTS | * | |

<u>NOTICE OF APPEAL</u>

Notice is hereby given that Wanda Rogers, Plaintiff in the above named case, hereby appeals to the United States District Court of Appeals for the Fifth Circuit from the Order and Reasons granting summary judgment entered in this action on September 23, 2013 and the Judgment entered in this action on September 26, 2013.

Respectfully Submitted,
The Law Office of Alan Kansas, LLC
 <u>/s/ Alan Kansas</u>
ALAN F. KANSAS, LA BAR #27725
1801 Carol Sue Ave.
Terrytown, LA 70056
(504) 210-1150
FAX (504) 617-6525

Attorney for Plaintiff, Wanda Rogers

Certificate of Service
I, Alan Kansas, certify that above Notice of Appeal was served on all parties of record via the Courts CM/ECF system on this 21st day of October, 2013.
<u>/s/ Alan Kansas</u>